In the Matter of JOHN DELCASTELLO, Appellant, v PATRICIA R. ADDUCI, as Commissioner of the New York State Department of Motor Vehicles, Respondent. [639 NYS2d 935]

The Commissioner's determination that the petitioner refused to consent to a chemical test to determine his blood alcohol level in violation of Vehicle and Traffic Law § 1194 is supported by substantial evidence *(see, Matter of Gray v Adduci,* 73 NY2d 741; *Matter of Boyce v Commissioner of N. Y.*

*State Dept. of Motor Vehicles,* 215 AD2d 476; *Matter of Holland v Commissioner of N. Y. State Dept. of Motor Vehicles,* 213 AD2d 637).

We have considered the petitioner's remaining contentions and find them to be without merit. Miller, J. P., Joy, Hart and Krausman, JJ., concur.